JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-9531 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Chong S. Han, aka Chong Sup Han, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Chong S. Han, aka Chong Sup Han, in the principal amount of $15,369.48 plus interest accrued to November 2, 2012, in the sum of $2,870.49; with interest accruing thereafter at the daily rate of $1.04 until entry of judgment, for a total amount of **$18,239.97**.

DATED: 11/20/2012           By: TERRY NAFISI
                                Clerk of the Court

                                _____
                                Deputy Clerk
                                United States District Court

Page 5